UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMELL LAMON CURETON** | ) | |
| **NANA YAW ADOMA** | ) | |
| **DAVID LEE FUDGE** | ) | |
| **DAQUAN LAMAR EVERETT** | ) | |
| **RANDALL AVERY HANKINS II** | ) | |
| **MALCOLM JARREL HARTLEY** | ) | |
| **NEHEMIJEL MAURICE HOUSTON** | ) | |
| **BRIANA SHAKEYAH JOHNSON** | ) | |
| **IBN RASHAAN KORNEGAY** | ) | |
| **CENTRILIA SHARDON LEACH** | ) | |
| **AHKEEM TAHJA MCDONALD** | ) | |
| **RAHKEEM LEE MCDONALD,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the government's Motion to Unseal Documents. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Unseal Documents (#147) is GRANTED, and documents #47, #61, and #64 are unsealed.

Signed: May 12, 2015



Max O. Cogburn Jr.
United States District Judge