UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMELL LAMON CURETON | ) | |
| NANA YAW ADOMA | ) | |
| DAVID LEE FUDGE | ) | |
| DAQUAN LAMAR EVERETT | ) | |
| RANDALL AVERY HANKINS II | ) | |
| MALCOLM JARREL HARTLEY | ) | |
| NEHEMIJEL MAURICE HOUSTON | ) | |
| BRIANA SHAKEYAH JOHNSON | ) | |
| IBN RASHAAN KORNEGAY | ) | |
| CENTRILIA SHARDON LEACH | ) | |
| AHKEEM TAHJA MCDONALD | ) | |
| RAHKEEM LEE MCDONALD, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the government's Motion to Unseal Documents. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Unseal Documents (#147) is GRANTED, and documents #47, #61, and #64 are unsealed.

Signed: May 12, 2015

Max O. Cogburn Jr.
United States District Judge