| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMELL LAMON CURETON** | ) | |
| **NANA YAW ADOMA** | ) | |
| **DAVID LEE FUDGE** | ) | |
| **DAQUAN LAMAR EVERETT** | ) | |
| **RANDALL AVERY HANKINS II** | ) | |
| **MALCOLM JARREL HARTLEY** | ) | |
| **NEHEMIJEL MAURICE HOUSTON** | ) | |
| **BRIANA SHAKEYAH JOHNSON** | ) | |
| **IBN RASHAAN KORNEGAY** | ) | |
| **CENTRILIA SHARDON LEACH** | ) | |
| **AHKEEM TAHJA MCDONALD** | ) | |
| **RAHKEEM LEE MCDONALD,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court after having conducted hearings at which the court advised certain defendants in accordance with 18 U.S.C. § 3005 of their opportunity to request appointment of two attorneys in a capital case. Those defendants having requested appointment of Learned Counsel and the court having reviewed the qualifications of a panel of Learned Counsel in consultation with the Federal Defender and the Federal Death Penalty Resources Center, as provided in Section 3005, and having concluded that the following attorneys are in fact experienced practitioners qualified to be Learned Counsel, the following Order is entered.

# ORDER

**IT IS, THEREFORE, ORDERED** that the following Learned Counsel are appointed: (1) for Jamell Cureton - Chris Adams, Charleston, SC; (2) for David Lee Fudge - Ernest Conner, Greenville, NC; (3) for Randall Hankins - Steve Potolsky, Atlanta, Ga,; and (4) for Rahkeem McDonald - Duane Bryant, High Point, NC. In addition, the court approves previously appointed counsel for Ahkeem McDonald -- Mark Foster, Charlotte, NC -- as Learned Counsel.

Upon appointment, Learned Counsel shall contact Chambers for discussion of Learned Counsel's options for selection of second chairs.

Signed: May 13, 2015

Max O. Cogburn Jr
United States District Judge