UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DAVID LEE FUDGE,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on appointment of a second attorney as provided in 18 U.S.C. § 3005.  After consultation with Learned Counsel, the court approves and allows the substitution of Scott Gsell for interim counsel, Mekka Danielle Jeffers-Nelson, who this court thanks for her service in this matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that interim counsel Mekka Danielle Jeffers-Nelson is RELIEVED from further representation of defendant in this matter, and Scott Gsell is SUBSTITUTED as counsel, to serve as second chair, for defendant David Lee Fudge.

Signed: May 22, 2015

Max O. Cogburn Jr.
United States District Judge