UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | REVISED |
| Vs. | ) | ORDER |
| | ) | |
| **DAVID LEE FUDGE,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on appointment of a second attorney as provided in 18 U.S.C. § 3005. After consultation with Learned Counsel, the court approves and allows the substitution of Scott Gsell for interim counsel, Christopher Burell Shella, who this court thanks for his service in this matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that interim counsel Christopher Burell Shella is RELIEVED from further representation of defendant in this matter, and Scott Gsell is SUBSTITUTED as counsel, to serve as second chair, for defendant David Lee Fudge.

Signed: May 26, 2015

Max O. Cogburn Jr.
United States District Judge