UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| Vs. | **)** | ORDER |
| | **)** | |
| **DAVID LEE FUDGE,** | **)** | |
| | **)** | |
| Defendant. | **)** | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Reduce Sentence. For cause, defendant states that he believes his sentence was unfair in light of the sentences given to other defendants who testified.  There is, however, no provision of law that would allow this Court to modify a previously imposed sentence, which has become final, on a defendant's motion attacking the fairness of the sentence.  See Fed.R.Crim.P. 35; 18 U.S.C. § 3582.

Rather, the only avenue open for a defendant who is claiming *the right to be released*, see 28 U.S.C. § 2255(a), is to file a Motion to Vacate, Set Aside or Correct the Sentence under 28 U.S.C. § 2255.  Nothing in the present motion provides any indication that defendant is attempting to file such a motion at this time.  Defendant is advised that a prisoner may only file one Section 2255 petition and that any such petition must be filed within one year of the Judgment becoming final.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion to Reduce Sentence (#822) is **DENIED** without prejudice as no relief is available as a matter of law.

Signed: March 23, 2018

Max O. Cogburn Jr
United States District Judge